**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __Texas__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☐ Chapter 7
   ☒ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   Coburn, Baker, Chalmers & Wein

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   Chelsea Coburn, Adam Baker,
   C. Taylor Chalmers, and Michael B. Wein

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 16904 Osborn<br>Number    Street | _____<br>Number    Street |
   | _____ | _____<br>P.O. Box |
   | Montgomery    TX    77356<br>City    State    ZIP Code | _____  _____  _____<br>City    State    ZIP Code |
   | Montgomery<br>County | **Location of principal assets, if different from principal place of business**<br>88 Lower Hurricane Rd<br>Number    Street |
   | | _____ |
   | | Aspen    CO    81611<br>City    State    ZIP Code |

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor   Coburn, Baker, Chalmers & Wein            Case number (*if known*)_____
           Name

| 6. | **Debtor's website** (URL) | _____ |

| 7. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|    |                    | ☒ Partnership (excluding LLP) |
|    |                    | ☐ Other type of debtor. Specify: _____ |

| 8. | **Type of debtor's business** | *Check one:* |
|    |                               | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
|    |                               | ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
|    |                               | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
|    |                               | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
|    |                               | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
|    |                               | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
|    |                               | ☐ None of the types of business listed. |
|    |                               | ☐ Unknown type of business. |

| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
|    | | ☐ Yes. Debtor _____  Relationship _____ |
|    | |       District _____  Date filed _____  Case number, if known _____ |
|    | |                                                MM / DD / YYYY |
|    | |       Debtor _____  Relationship _____ |
|    | |       District _____  Date filed _____  Case number, if known _____ |
|    | |                                                MM / DD / YYYY |

## Part 3:  Report About the Case

| 10. | **Venue** | *Check one:* |
|     |           | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
|     |           | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
|     |                 | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
|     |                 | *At least one box must be checked*: |
|     |                 | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
|     |                 | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
|     | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  Coburn, Baker, Chalmers & Wein
_____
Name

Case number (if known)_____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Chelsea Coburn | General Partner | $ _____ |
| Adam Baker | General Partner | $ _____ |
| C. Taylor Chalmers | General Partner | $ _____ |
| | Total of petitioners' claims | $ n/a |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Chelsea Coburn
Name

16904 Osborn
Number  Street

Montgomery   TX   77356
City   State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM / DD / YYYY

✗ /s/ Chelsea Coburn
Signature of petitioner or representative, including representative's title

**Attorneys**

Joshua W. Wolfshohl
Printed name

Porter Hedges LLP
Firm name, if any

1000  Main St, 36th Floor
Number  Street

Houston   TX   77002
City   State   ZIP Code

Contact phone  713-226-6000   Email jwolfshohl@porterhedges.com

Bar number  24038592

State  Texas

✗ /s/ Joshua W. Wolfshohl
Signature of attorney

Date signed  **07/03/2025**
             MM / DD / YYYY

Official Form 205   Involuntary Petition Against a Non-Individual   page 3

Debtor **Coburn, Baker, Chalmers & Wein** _____ Case number (*if known*) _____
     Name

---

**Name and mailing address of petitioner**

Adam Baker
Name

16904 Osborn
Number   Street

Montgomery       TX       77356
City             State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
         MM / DD / YYYY

✖ **/s/ Adam Baker**
Signature of petitioner or representative, including representative's title

---

Joshua W. Wolfshohl
Printed name

Porter Hedges LLP
Firm name, if any

1000 Main St., 36th Floor
Number   Street

Houston          TX       77002
City             State    ZIP Code

Contact phone  713-226-6000   Email jwolfshohl@porterhedges.com

Bar number  24038592

State  Texas

✖ **/s/ Joshua W. Wolfshohl**
Signature of attorney

Date signed  **07/03/2025**
         MM / DD / YYYY

---

**Name and mailing address of petitioner**

C. Taylor Chalmers
Name

1725 Milford St.
Number   Street

Houston          TX       77098
City             State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
         MM / DD / YYYY

✖ **/s/ C. Taylor Chalmers**
Signature of petitioner or representative, including representative's title

---

Joshua W. Wolfshohl
Printed name

Porter Hedges LLP
Firm name, if any

1000 Main St., 36th Floor
Number   Street

Houston          TX       77381
City             State    ZIP Code

Contact phone  713-226-6000   Email jwolfshohl@porterhedges.com

Bar number  24038592

State  Texas

✖ **/s/ Joshua W. Wolfshohl**
Signature of attorney

Date signed  **07/03/2025**
         MM / DD / YYYY

---